Milton Rosenthal, Appellant, v. Michael Tauber and Company, Appellee.

Gen. No. 40,807.

Heard in third division, first district, at October term, 1939; opinion filed February 14, 1940. Leon N. Miller, for appellant; I. J. Berkson, for appellee; Eugene A. Weinberg, of counsel. Opinion by JUSTICE BURKE. "Not to be published in full."